1  ROBERT E. HESS (SBN 178042)
   rhess@maynardcooper.com
2  KAREN TSUI (SBN 305869)
   ktsui@maynardcooper.com
3  MAYNARD COOPER & GALE, LLP
   10100 Santa Monica Boulevard, Suite 550
4  Los Angeles, CA 90067
   Telephone:    (310) 596-4363
5
   Attorney for Defendant
6  Unum Life Insurance Company of America

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                         **SAN FRANCISCO DIVISION**

11 | DARRELL WILEY,                              | Case No. 3:19-cv-02756-WHO |
12 |                                             |                            |
   |              Plaintiff,                     | (Honorable William H. Orrick) |
13 |                                             |                            |
   |        vs.                                  | **STIPULATION TO CONTINUE DUE DATE FOR OPPOSITIONS TO MOTIONS IN LIMINE; [PROPOSED] ORDER** |
14 |                                             |                            |
   | UNUM LIFE INSURANCE COMPANY OF              |                            |
15 | AMERICA; and DOES 1 through 10, inclusive,  |                            |
   |                                             |                            |
16 |              Defendant.                     | Current due date:  3/28/2022 |
   |                                             | Proposed due date: 4/4/2022 |
17 |                                             | Hearing date: 4/25/2022    |

18

19

20

21

22

23

24

25

26

27

28

Whereas, based on an original hearing date of April 4, 2022, motions in limine were filed and served in this case on March 21 and 22, 2022;

Whereas, the current deadline for filing oppositions to the motions in limine is March 28, 2022; and

Whereas, on March 25, 2022, the Court issued a minute order continuing the hearing on the parties' motions in limine from April 4, 2022 to April 25, 2022.

Now therefore, in light of the three-week continuance of the hearing on the parties' motions in limine, the parties hereby request the deadline for filing oppositions to the motions in limine be extended from March 28, 2022 to April 4, 2022.

**IT IS SO STIPULATED.**

DATED:   March 25, 2022               Respectfully submitted,
                                     MAYNARD COOPER & GALE LLP

                                 by: */s/ Robert Hess*
                                     ROBERT HESS
                                     Attorney for Defendant
                                     Unum Life Insurance Company of America


DATED:   March 25, 2022               LAW OFFICES OF LAWRENCE F.
                                     PADWAY

                                 By: */s/ Laurence Padway*
                                     LAURENCE F. PADWAY
                                     Attorneys for Plaintiff
                                     Darrell Wiley

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Robert Hess, attest that concurrence in the filing of this document has been obtained from the other Signatory.

DATED:   March 25, 2022

Respectfully submitted,
MAYNARD COOPER & GALE LLP

by: */s/ Robert Hess*
ROBERT HESS
Attorney for Defendant
Unum Life Insurance Company of America

**~~[PROPOSED]~~ ORDER**

**PURSUANT TO THE STIPULATION OF THE PARTIES**, the deadline for filing oppositions to motions in limine is continued from March 28, 2022 to April 4, 2022.

IT IS SO ORDERED.

Dated:_March 29, 2022

_____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE