Laurence F. Padway, #89314
Law Offices of Laurence F. Padway
2911 Lincoln Avenue
Alameda, California 94501
Telephone: (510)814-6100
Facsimile : (510)814-0650

Attorneys for plaintiff
    Darrell Wiley

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL WILEY,<br><br>    Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, and Does 1-30, inclusive,<br><br>    Defendants.<br>_____/ | No. C 19-02756 WHO<br><br>PLAINTIFF DARRELL WILEY'S NOTICE OF MEDICAL RESTRICTIONS |

    Plaintiff Darrell Wiley attaches for the information of the Court and parties a letter dated June 13, 2022 from Dr. Matthew S. Walton, D.O., concerning his health condition as it affects his attendance at trial.

| | |
|---|---|
| June 27, 2022 | */s/Laurence F. Padway*<br>Laurence F. Padway<br>Attorney for plaintiff Darrell Wiley |