# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| DARRELL WILEY, | Case No. 3:19-cv-02756-WHO |
| Plaintiff, | Honorable William H. Orrick |
| v. | **ORDER DISMISSING ACTION** |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | |
| Defendant. | Complaint Filed: May 21, 2019 |

# ORDER

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety, with prejudice. Each party shall bear his or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: July 7, 2022



Honorable William H. Orrick
United States District Judge